UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANDREW KIM and JONATHAN ROLLINS, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>DETROIT MEDICAL INFORMATICS, LLC d/b/a DMI<br><br>              Defendant. | Civil Action No. 2:19-cv-11185<br><br>Hon. Linda V. Parker |

**ORDER GRANTING MOTION FOR FINAL APPROVAL OF FLSA SETTLEMENT AGREEMENT**

The Court, having reviewed Plaintiffs' Unopposed Motion for Approval of FLSA Settlement and for Attorneys' Fees and Costs, grants the Motion and ORDERS as follows:

1) The Parties' Settlement Agreement, including the release of claims set forth therein, is approved as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act (29 U.S.C. § 201 *et seq.*).

2) For settlement purposes only, the following Settlement Collective is certified:

> Plaintiffs and the current Opt-In Plaintiffs in <u>Kim v. Detroit Medical Informatics, LLC d/b/a DMI,</u> No. 2:19-cv-11185 (E.D. Mich.) (the "FLSA Collective").

1

3) The Gross Settlement Amount of $120,000.00 is hereby approved.

4) The service awards to Plaintiffs Andrew Kim and Jonathan Rollins in the amount of $3,000.00 each, to be paid from the Gross Settlement Amount, are approved.

5) Plaintiffs' unopposed request for attorneys' fees and costs is granted and fees in the amount of $40,000.00 and costs and costs of $3432.45 (including $2,700 in mediator fees as addressed on the record), both to be paid from the Gross Settlement Amount, are approved.

6) The Court hereby dismisses this case with prejudice in accordance with the terms of the Settlement Agreement.

7) The Court reserves exclusive and continuing jurisdiction over this action, the named Plaintiffs, and the FLSA Collective for purposes of supervising the implementation and enforcement of the Settlement Agreement, this Order, and all settlement administration matters.

**IT IS SO ORDERED**.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: November 24, 2020