# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ANDREW KIM and ) | |
| JONATHAN ROLLINS, ) | Civil Action No. 2:19-cv-11185 |
| individually and on behalf of all others ) | |
| similarly situated, ) | Hon. Linda V. Parker |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DETROIT MEDICAL ) | |
| INFORMATICS, LLC ) | |
| d/b/a DMI ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## **JUDGMENT**

On today's date, the Court entered an Order granting final approval of the parties' settlement of this matter.

Accordingly,

This matter is **DISMISSED WITH PREJUDICE** in accordance with the terms of the Settlement Agreement.

**IT IS SO ORDERED**.

                                                  s/ Linda V. Parker
                                                  LINDA V. PARKER
                                                  U.S. DISTRICT JUDGE

Dated: November 24, 2020